# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-860-792**

Effective date of registration:

August 6, 2013

## Title
**Title of Work:** Auto Rad 2

## Completion/Publication
**Year of Completion:** 2011

## Author
- **Author:** NightHawk Radiology Services, LLC
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** NightHawk Radiology Services, LLC
11995 Singletree Lane, #500, Eden Prairie, MN, 55344

## Certification
- **Name:** Jamie R. Kurtz
- **Date:** August 6, 2013

**Registration #:** TXU001860792
**Service Request #:** 1-975175707



Robins, Kaplan, Miller & Ciresi L.L.P.
Jamie Kurtz
800 LaSalle Ave., Suite 2800
Minneapolis, MN 55402