# EXHIBIT F

 

# Confidentiality, Intellectual Property and Software Agreement

## Intellectual Property and Software
All intellectual property which includes software, systems, etc. created, made, or originated by Jordan Kojouharov or any other Nighthawk Radiology Services employee or contractor during the term of this contract shall be the sole and exclusive property of Nighthawk Radiology Services.

## Confidential Information
By virtue of your contract, you may become aware of information relating to the business or affairs of the Nighthawk or its Related Bodies Corporate, including, but not limited to its patient or client lists, trade secrets, client details, teaching methods, sales and marketing information, and financial information between the Company and/or its Related Bodies Corporate and/or its clients ("Confidential Information").
The Confidential Information remains the sole property of Nighthawk or its Related Bodies Corporate. You shall not, either during (except in the proper course of your duties) or after the termination of your employment, without the prior written consent of Nighthawk, directly or indirectly, divulge, use or otherwise disclose to any person whatsoever, the Confidential Information, either for your own or for another's benefit.

You must immediately notify Nighthawk should you suspect misuse of the Confidential Information and assist Nighthawk in any proceedings taken by Nighthawk for alleged misuse of the Confidential Information.
For the purposes of this clause, "Related Bodies Corporate" has the meaning given in the Corporations Law.

## Governing Law
This agreement and your employment will be governed by the laws of the New South Wales, Australia.

## Acknowledgment
If the terms and conditions of this letter, please confirm your acceptance by signing and returning the enclosed copy of this letter to Nighthawk within seven days from the date of this letter.

By signing this letter of offer, you are acknowledging that:
(a)   you have had sufficient time to review its contents;

(b)   you have been given an opportunity to obtain advice concerning its contents and effect; and

(c)   you have read and understand the contents of this letter and your obligations.

Chris Huber,
Vice President, Nighthawk Radiology Services

Employee Signature

Date   17/05/2005

Print Name   JORDAN KOJOUHAROV