Keith Beauchamp (012434)
Scott M. Bennett (022350)
Coppersmith, Schermer & Brockelman PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5490
Facsimile: (602) 772-3738
kbeauchamp@csblaw.com
sbennett@csblaw.com

Jake M. Holdreith (*pro hac vice* application to be filed)
Jamie R. Kurtz (*pro hac vice* application to be filed)
Robins, Kaplan, Miler & Ciresi L.L.P.
800 LaSalle Plaza, Suite 2800
Minneapolis, MN 55402
Telephone: (619) 349-0193
Facsimile: (619) 339-4181
jmholdreith@rkmc.com
jrkurtzkurtz@rkmc.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virtual Radiologic Corporation and NightHawk Radiology Services, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Tandem Radiology, LLC; Imaging Advantage, LLC; Direct Radiology, LLC; Chris Huber; John Cardosa; Paul Cartee; Jordan Kojouharov and Kamil Rahme,<br><br>Defendants. | No. _____<br><br>**PLAINTIFF VIRTUAL RADIOLOGIC CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Virtual Radiologic Corporation in compliance with the provisions of: (check one)

    <u>X</u>    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

{00101424.1 }

__ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

__ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**Plaintiff Virtual Radiologic Corporation hereby declares as follows:**

__ No such corporation.

__ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

__ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

X_ Other (please explain) The material stockholders of Virtual Radiologic Corporation are: Newstone Capital Partners II, L.P.; BlackRock Kelso Mezzanine Partners I, LLC; Kastra Investments Limited; Debt Fund Irishco No. 2 Limited; Generation Capital Partners VRAD LP; Generation Members' Fund II LP; GE Capital Equity Investments Inc.; Providence Equity Partners VI L.P.; and Providence Equity Partners VI-A L.P.

**A supplemental disclosure statement will be filed upon any change in the information provided.**

| | |
|---|---|
| Dated: August 19, 2013 | Respectfully submitted, |
| | By: /s/ Keith Beauchamp |
| | Keith Beauchamp |
| | Coppersmith, Schermer & Brockelman PLC |
| | 2800 North Central Avenue, Suite 1200 |
| | Phoenix, AZ 85004 |
| | |
| | Jake M. Holdreith |
| | (*pro hac vice* application to be filed) |
| | Jamie R. Kurtz |
| | (*pro hac vice* application to be filed) |
| | Robins, Kaplan, Miler & Ciresi L.L.P. |
| | 800 LaSalle Plaza, Suite 2800 |
| | Minneapolis, MN 55402 |
| | |
| | *Attorneys For Plaintiffs* |