Keith Beauchamp (012434)
Scott M. Bennett (022350)
Coppersmith, Schermer & Brockelman PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5490
Facsimile: (602) 772-3738
kbeauchamp@csblaw.com
sbennett@csblaw.com

Jake M. Holdreith (*pro hac vice* application to be filed)
Jamie R. Kurtz (*pro hac vice* application to be filed)
Robins, Kaplan, Miler & Ciresi L.L.P.
800 LaSalle Plaza, Suite 2800
Minneapolis, MN 55402
Telephone: (619) 349-0193
Facsimile: (619) 339-4181
jmholdreith@rkmc.com
jrkurtzkurtz@rkmc.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virtual Radiologic Corporation and NightHawk Radiology Services, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Tandem Radiology, LLC; Imaging Advantage, LLC; Direct Radiology, LLC; Chris Huber; John Cardosa; Paul Cartee; Jordan Kojouharov and Kamil Rahme,<br><br>Defendants. | No. _____<br><br>**PLAINTIFF NIGHTHAWK RADIOLOGY SERVICES, LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff NightHawk Radiology Services, LLC in compliance with the provisions of: (check one)

    <u>X</u>    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

{00101432.1 }

__ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

__ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**Plaintiff NightHawk Radiology Services, LLC hereby declares as follows:**

__ No such corporation.

__ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

__ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_X_ Other (please explain) NightHawk is wholly owned by VRC Holdings Corp., a private entity, which, in turn, is principally owned and controlled by private investment funds managed by BlackRock Kelso Capital, Newstone Capital and Providence Equity Partners.

**A supplemental disclosure statement will be filed upon any change in the information provided.**

Dated: August 19, 2013

Respectfully submitted,

By: /s/ Keith Beauchamp
Keith Beauchamp
Coppersmith, Schermer & Brockelman PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004

Jake M. Holdreith
(*pro hac vice* application to be filed)
Jamie R. Kurtz
(*pro hac vice* application to be filed)
Robins, Kaplan, Miler & Ciresi L.L.P.
800 LaSalle Plaza, Suite 2800
Minneapolis, MN 55402

*Attorneys For Plaintiffs*

{00101432.1}　　- 2 -