# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Virtual Radiologic Corporation, et al.

   Plaintiff(s)/Petitioner(s),

vs.

Tandem Radiology, LLC, et al.

   Defendant(s)/Respondent(s)

CASE NO: CV-13-01705-PHX-DKD

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

☑ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

SEP 0 5 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE:  $50.00 APPLICATION FEE REQUIRED!

I, **Jake M. Holdreith**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Virtual Radiologic Corporation, Nighthawk Radiology Services LLC**.

City and State of Principal Residence: St. Paul, Minnesota
Firm Name: Robins Kaplan Miller & Ciresi L.L.P.
Address: 800 LaSalle Avenue   Suite: 2800
City: Minneapolis   State: MN   Zip: 55402
Firm/Business Phone: (612) 349.8500
Firm Fax Phone: (612) 339.4181   E-mail Address: jmholdreith@rkmc.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court District of Minnesota | 02/11/1991 | ☑ Yes   ☐ No* |
| Minnesota Supreme Court | 10/26/1990 | ☑ Yes   ☐ No* |
| U.S. Court of Appeals for the Federal Circuit | 01/07/1997 | ☑ Yes   ☐ No* |

* Explain:

(An Original Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/3/13
Date

_____
Signature of Applicant

Fee Receipt #  PHX0137655

(Rev. 04/12)

Applicant Jake M. Holdreith has been admitted to practice in the following courts:

| Court Admissions | Date of Admission |
|---|---|
| Iowa Supreme Court (Inactive) | January 24, 1992 |
| U.S. Court of Appeals, Eleventh Circuit | March 22, 1995 |
| U.S. District Court; Western District of Wisconsin | March 13, 1996 |
| U.S. District Court; District of Colorado | November 25, 1998 |
| U.S. District Court; Eastern District of Texas | September 28, 2009 |
| U.S. Court of Appeals for the Ninth Circuit | April 4, 2012 |
| New York Supreme Court, Attorney Registration # 5088711 | December 5, 2012 |

84145982.1

August 30, 2013 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

### CERTIFICATE OF GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

Jacob M. Holdreith, Bar # 211011, was duly admitted

to practice in this Court on February 11, 1991, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on August 30, 2013.

RICHARD D. SLETTEN, CLERK

_____
(By)     Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03