AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Virtual Radiologic Corporation and NightHawk Radiology Services, LLC, <br> *Plaintiff* <br> v. <br> Tandem Radiology, LLC; Imaging Advantage, LLC; Direct Radiology, LLC; Chris Huber; John Cardosa; Paul Cartee, Jordan Kojouharov and Kamil Rahme, <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No.  2:13-cv-01705-DKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Imaging Advantage, LLC
c/o National Registered Agents Inc., Statutory Agent
2390 E. Camelback Road
Phoenix, Arizona  85016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Keith Beauchamp
Scott M. Bennett
Coppersmith, Schermer & Brockelman PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone:  (602) 381-5490

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  
10:08 am, Sep 03, 2013
s/ Brian D. Karth, Clerk

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01705-DKD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Imaging Advantage, LLC**
was received by me on *(date)* **9/4/13**   **c/o National Registered Agents**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Duc Le**, who is designated by law to accept service of process on behalf of *(name of organization)* **Imaging Advantage, LLC at 2390 E. Camelback, Phoenix, AZ 85016** on *(date)* **9/4/13 AT 2:59 pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **16.00** for travel and $ **26.00** for services, for a total of $ **42.00**.

I declare under penalty of perjury that this information is true.

Date: **9/5/13**

*E. H* (Server's signature)

**P.O. Box 16612**
Printed name and title

**Phoenix, AZ 85011**
Server's address

Additional information regarding attempted service, etc: