| | |
|---|---|
| **Attorney or Party without Attorney:**<br>JAKE M. HOLDREITH, ESQ.<br>ROBINS, KAPLAN, MILLER & CIRESI, LLP<br>800 LASALLE AVENUE<br>SUITE 800<br>MINNEAPOLIS, MN 55402<br>Telephone No: 612-349-8500<br><br>*Ref. No. or File No.:*<br><br>**Attorney for:** Plaintiff | **For Court Use Only** |

**Insert name of Court, and Judicial District and Branch Court:**
In The United States District Court Of The State Of Arizona

**Plaintiff:** VIRTUAL RADIOLOGIC CORPORATION, ET AL.
**Defendant:** TANDEM RADIOLOGY, LLC, ET AL.

| PROOF OF SERVICE<br>HAND DELIVERY | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:13-CV-01705-DKD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT, TRADE SECRET MISAPPROPRIATION, INTENTIONAL INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE, BREACH OF CONTRACT, AND BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

3. a. Party served: ADAM S. HOFFMAN, ESQ.
   b. Person served: PARTY IN ITEM 3A

4. Address where the party was served: 12424 WILSHIRE BOULEVARD
   12TH FLOOR
   LOS ANGELES, CA 90025

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Sep. 16, 2013 (2) at: 4:35PM

7. **Person Who Served Papers:**
   a. JONATHAN SOLIS

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    6303
      (iii) County:             Los Angeles
      (iv) Expiration Date:     Wed, Aug. 19, 2015

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Sep. 17, 2013

   *Judicial Council Form*
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   HAND DELIVERY

   (JONATHAN SOLIS)
   5659818  .roka-mn.557900